Jill F. Kopeikin (State Bar No. 160792)
Valerie M. Wagner (State Bar No. 173146)
GCA LAW PARTNERS LLP
2570 W. El Camino Real, Suite 510
Mountain View, CA 94040
Telephone: (650) 482-3900
Fax: (650) 428-3901
jkopeikin@gcalaw.com
vwagner@gcalaw.com

Andrew M. Howard (Texas 24059973)*
SHORE CHAN DEPUMPO LLP
901 Main Street, Suite 3300
Dallas, TX 75202
Telephone: (214) 593-9110
Facsimile: (214) 593-9118

*Admitted Pro Hac Vice

Attorneys for Plaintiff
ROTHSCHILD STORAGE
RETRIEVAL INNOVATIONS, LLC

Matthew C. Bernstein (State Bar No. 199240)
Kevin Patariu (State Bar No. 256755)
John D. Esterhay (State Bar No. 282330)
PERKINS COIE LLP
11988 El Camino Real, Suite 350
San Diego, CA 92130-2594
Telephone: (858) 720-5700
Facsimile: (858) 720-5799

Attorneys for Defendants
HTC CORPORATION and
HTC AMERICA, INC.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROTHSCHILD STORAGE RETRIEVAL INNOVATIONS, LLC,<br><br>*Plaintiff,*<br><br>HTC CORPORATION and HTC AMERICA, INC.,<br><br>*Defendants.* | Case No. 3:15-cv-00373 – EDL<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL**<br><br>**Judge: Elizabeth D. Laporte** |

1  IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES HERETO
2  THROUGH THEIR RESPECTIVE COUNSEL AS FOLLOWS:
3  1. Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff, Rothschild Storage Retrieval
4  Innovations, LLC, and Defendants, HTC CORPORATION and HTC AMERICA, INC., hereby
5  stipulate to the dismissal of the action.  All claims of infringement raised by Plaintiff are
6  dismissed with prejudice.  All claims, defenses, or counterclaims raised by Defendants are
7  dismissed without prejudice. Each party will bear is own costs and fees.

Dated: October 19, 2015
Respectfully submitted,

*/s/ Valerie M. Wagner*
Valerie M. Wagner (State Bar No. 173146)
vwagner@gcalaw.com
Jill F. Kopeikin (State Bar No. 160792)
jkopeikin@gcalaw.com
GCA LAW PARTNERS LLP
2570 W. El Camino Real, Suite 500
Mountain View, CA 94040
Telephone: (650) 428-3900
Facsimile: (650) 428-3901

Andrew M. Howard (Texas 24059973)*
SHORE CHAN DEPUMPO LLP
901 Main Street, Suite 3300
Dallas, Texas 75202
Telephone: (214) 593-9110
Facsimile: (214) 593-9111
*Admitted Pro Hac Vice

Counsel for Plaintiff Rothschild
Storage Retrieval Innovations, LLC.

*/s/ Matthew C. Bernstein*
Matthew C. Bernstein (State Bar No. 199240)
Kevin Patariu (State Bar No. 256755)
John D. Esterhay (State Bar No. 282330)
PERKINS COIE LLP
11988 El Camino Real, Suite 350
San Diego, CA 92130-2594
Telephone: (858) 720-5700
Facsimile: (858) 720-5799

Attorneys for Defendants
HTC CORPORATION and
HTC AMERICA, INC

# [PROPOSED] ORDER

This Court, having reviewed this Stipulation and [Proposed] Order, and good cause appearing therefore, orders all Plaintiff, Rothschild Storage Retrieval Innovations, LLC's claims dismissed with prejudice and all Defendants HTC Corporation's and HTC America, Inc.'s counter-claims dismissed without prejudice, with each party to bear his or its own attorney's fees and costs.

DATED:_____, 2015     By:_____
                                  The Honorable Elizabeth D. Laporte
                                  United States Magistrate Judge

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i), I attest that the concurrence in the filing of this document has been obtained from each of the other signatories.

DATED: October 19, 2015                    GCA LAW PARTNERS LLP

                                           By: /s/ Valerie M. Wagner
                                                  Valerie M. Wagner

                                           Attorneys for ROTHSCHILD STORAGE
                                           RETRIEVAL INNOVATIONS, LLC